# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148873

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBERT CURTIS NELSON,
     Defendant-Appellant.

SC: 148873
COA: 313389
Calhoun CC: 2012-002019-FC

_____/

     On order of the Court, the application for leave to appeal the January 14, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



Clerk

d0922